**The relief described hereinbelow is SO ORDERED**

**Done this 30th day of April, 2013.**

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



___

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
|   THOMAS E FULLER | ) |
|   CANDSIS FULLER | ) CASE NO. 12-33361-DHW-13 |
|     Debtor(s). | ) |

CONSENT ORDER MODIFYING AUTOMATIC STAY

     Upon consideration of the Objection to Confirmation of the creditor, MAX CREDIT UNION, the parties having announced an agreement regarding a modification of the automatic stay, the court concludes that good cause exists for modifying the stay relating to the 2003 DODGE RAM AND 2005 MAZDA M3 described in the Objection. Accordingly, by agreement of the parties,

     IT IS ORDERED    The debtor shall provide proof of insurance on the 2003 DODGE RAM AND 2005 MAZDA M3 securing the claim of the MAX CREDIT UNION within 10 days of the entry of this order or the stay shall lift. Further, the stay will terminate if the creditor receives notice of any lapse in insurance coverage and said lapse continues for ten days from the date the creditor files a certificate of default with the court. The certificate shall be served on the debtor and the attorney for the debtor and shall contain notice that the stay will terminate pursuant to this order, without further hearing, if the debtor fails to provide evidence of insurance within 10 days from the filing date of the certificate.

This order was reviewed by and agreed to by counsel for debtor and Trustee.

                         ### END OF ORDER ###

This order submitted by:

/s/ Leonard N. Math
Leonard N. Math, Attorney for CREDITOR
CHAMBLESS MATH ❖CARR P.C.
P.O. Box 230759
Montgomery, Alabama 36123
334-272-2230
lmath@chambless-math.com